IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHIRLEY ANN HUNT,

    Plaintiff,

v.

NANCY BERRYHILL,
Commissioner of Social Security Administration,

    Defendant.

No. 6:17-cv-01486-HZ

ORDER

HERNÁNDEZ, District Judge:

Plaintiff's Unopposed Motion to Dismiss [15] is GRANTED. The Court dismisses this case with prejudice and without costs to either party.

DATED this 21 day of March, 2018.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

1 - JUDGMENT